ADAM WANG, Bar No. 201233
LAW OFFICS OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0284
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:         415-861-9622
margainlaw@hotmail.com

Attorneys for Plaintiff

JEFFREY K. RAHBECK, Bar No. 56026
120 McFaul Way
PO Box 435
Zephyr Cove, NV 89448
Telephone: 775-588-5602
Fax:       775-588-8548
jkrahbeck@cs.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ANTHONY J. PULERA,<br>              Plaintiff,<br><br>     vs.<br><br>F&B, INC., MANCHESTER ENTERPRISES, INC, CHARLENA MANCHESTER, CHARLES MANCHESTER, AND DOES 1-10<br>              Defendants | Case No.: 08-CV-00275 MCE-DAD<br><br>STIPULATION TO CONTINUE FILING OF JOINT STATUS REPORT |

Plaintiff, Anthony Pulera, and Defendants, F&B, Inc., Manchester Enterprises, Inc, Charlena Manchester, Charles Manchester, through their respective counsel, hereby stipulate to continue the filing of the Status Reports as follows:

1                Case No.  C08-CV-00275 MCE-DAD
STIPULATION TO CONTINUE FILING OF JOINT STATUS REPORT
Pulera v. F&B, Inc., et al.

PDF created with pdfFactory trial version www.pdffactory.com

1. The parties that have made appearances in this action have held a Rule 26 conference and drafted a Rule 26(f) joint report but seek a continuance to May 26, 2008, as described herein, for Third Party Defendant to make an appearance so that the new party can participate in the conference and the joint report.

2. On February 6, 2008, Plaintiff filed his Complaint.

3. On February 8, 2008, Plaintiff served the Summons and Complaint on all Defendants being F&B, Inc., Manchester Enterprises, Inc, Charlena Manchester, and Charles Manchester.

4. On March 3, 2008, Defendants filed an Answer to the Complaint. On March 13, 2008, Defendants filed a Third Party Complaint against the Third Party Defendant TW Construction Inc.

5. The parties that have made an appearance have held a telephone conference to discuss Rule 26 issues and have drafted a final version of a Joint report. However, the Third Party Defendant has not participated in this through its counsel.

6. This delay has been caused by the fact that counsel for the Third Party Defendant refused to accept service on behalf of his client.

7. Based on the refusal to accept service, the Third Party Complaint has been forwarded to a process server for service. Service is anticipated to be made this week.

8. The Parties respectfully request a continuance to May 26, 2008 to file the Joint report.

Dated: April 21, 2008          By:   /s/ ADAM WANG          .
                                     Attorney for Plaintiff

Dated: April 21, 2008          By:   /s/ TOMAS MARGAIN          .
                                     Attorney for Plaintiff

Dated: April 21, 2008          By:     /s/ JEFFREY K. RAHBECK
                                     Attorney for Defendants &
                                     Third Party Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1 ORDER

2     GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS HEREBY

3 ORDERED that the filing of the Status Report be continued to May 26, 2008. No status

4 conference will be scheduled unless otherwise ordered by this Court upon reviewing the Joint

5 Status Report.

6     IT IS SO ORDERED.

7 DATED: May 1, 2008

8 _____

    MORRISON C. ENGLAND, JR

9     UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE FILING OF JOINT STATUS REPORT**
Pulera v. F&B, Inc., et al.

PDF created with pdfFactory trial version www.pdffactory.com