1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| ANTHONY J. PULERA,<br><br>          Plaintiff,<br><br>vs.<br><br>F & B, INC., MANCHESTER ENTERPRISES, INC., CHARLENA MANCHESTER, CHARLES MANCHESTER, and DOES 1-10,<br><br>          Defendants. | CASE NO:  **08 CV 00275-MCE-DAD**<br><br>**ORDER SHORTENING TIME**<br><br><br>Date:<br>Time:<br>Dept:     7/15th Fl<br>Judge: Morrison C. England, Jr. |
| F & B, INC., MANCHESTER ENTERPRISES, INC.,<br><br>          Third Party Plaintiffs,<br><br>vs.<br><br>TW CONSTRUCTION COMPANY, INC., and DOES 1-25, inclusive,<br><br>          Third Party Defendants. | |

- 1 -

Order Shortening Time

1    Having read and considered the application requesting an order shortening time for a
2    hearing on Attorney TORY M. PANKOPF's motion to withdrawal as attorney of record (the
3    "Motion"), and good cause appearing therefore,

   1. The application is granted.

   2. The hearing on the Motion, noticed on June 16, 2011 for July 28, 2011, is advanced to July 14, 2011 at 2:00 p.m., in Courtroom 7 of the above entitled court.

   3. All papers opposing the motion must be filed and served no later than July 6, 2011.

   5. Any reply papers must be filed and served not later than July 11, 2011

   6. Proof of service of the motion and this order and must be filed no later than July 6, 2011.

   **IT IS SO ORDERED.**

DATE:  June 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Shortening Time