1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN   DISTRICT   OF   CALIFORNIA**

9
10
11

ANTHONY J. PULERA,

CASE NO:  **08 CV 00275-MCE-DAD**

12

Plaintiff,

13

vs.

**ORDER GRANTING STIPULATION TO WITHDRAW AS ATTORNEY OF RECORD AND SUBSTITUITON OF ATTORNEY**

14
15

F & B, INC., MANCHESTER ENTERPRISES, INC., CHARLENA MANCHESTER, CHARLES MANCHESTER, and DOES 1-10,

16
17

Defendants.

Date:
Time:
Dept:    7/15th Fl
Judge:    Morrison C. England, Jr.

18
19

F & B, INC., MANCHESTER ENTERPRISES, INC.,

20

Third Party Plaintiffs,

21
22

vs.

23

TW CONSTRUCTION COMPANY, INC., and DOES 1-25, inclusive,

24

Third Party Defendants.

25
26
27
28

- 1 -

Order

1    Attorney, Tory M. Pankopf, Esq., attorney of record for Defendants/Third Party

2    Plaintiffs, F & B, INC., MANCHESTER ENTERPRISES, INC.,  and Defendants, CHARLENA

3    MANCHESTER, CHARLES MANCHESTER (collectively, Defendants) has entered into a

4    stipulation with Defendants relieving him as their attorney of record.  Defendants CHARLENA

5    AND CHARLES MANCHESTER have stipulated to substitute into the case as pro persona

6    defendants.  Defendant CHARLENA MANCHESTER, as an officer of the corporate defendants

7    F & B, INC., and MANCHESTER ENTERPRISES, INC., has stipulated to the withdrawal of

8    Mr. Pankopf as their attorney of record and has requested 60 days to find and retain new

9    counsel to represent the corporate entities.

10    Having read and considered the stipulation and good cause appearing therefore,

11    **IT IS ORDERED THAT:**

12    The stipulation for attorney Tory M. Pankopf to withdrawal as attorney of record in the

13    above entitle matter is granted.  The individual defendants Charlena and Charles Manchester are

14    in pro persona.  Charlena Manchester shall have 60 days to find and retain new counsel to

15    represent the corporate defendants.  Given the parties' stipulation, the Motion to Withdraw

16    (ECF No. 46), scheduled for hearing on July 28, 2011, is hereby vacated and denied as moot.

17    **IT IS SO ORDERED.**

18    DATE:  July 7, 2011

19

20    _____

21    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

- 2 -