UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY PULERA,                           No. 2:08-cv-00275-MCE-DAD

      Plaintiff,

  v.
                                    **ORDER**

F&B, INC., ET AL.,

      Defendants.
_____/

    On the Court's own motion and based on the lack of representation for the corporate defendants and lack of service on certain third party defendants, the December 15, 2011 Final Pretrial Conference and February 13, 2012 Jury Trial dates are vacated.

    A Status Conference is set for December 15, 2011 at 2:00 p.m. in Courtroom 7. Failure to appear at this status conference will be grounds for sanction(s), including terminating sanctions, without any further notice from the Court.

    IT IS SO ORDERED.

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1