TOMAS MARGAIN, (SBN 193555)
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

ATTORNEY FOR PLAINTIFF

JEFFREY K. RAHBECK, Bar No. 56026
120 McFaul Way
PO Box 435
Zephyr Cove, NV 89448
Telephone:  775-588-5602
Fax:           775-588-8548
jkrahbeck@cs.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ANTHONY J. PULERA,<br>         Plaintiff,<br><br>     vs.<br><br>F&B, INC., MANCHESTER ENTERPRISES, INC, CHARLENA MANCHESTER, CHARLES MANCHESTER,<br><br>         Defendants | Case No.: 08-CV-00275 MCE-DAD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE, COURT TO RETAIN JURISDICTION, AND ORDER THEREON** |
| F&B, INC. and MANCHESTER ENTERPRISES, INC.,<br><br>         Third Party Plaintiffs,<br><br>     vs.<br><br>TW CONSTRUCTION CO., INC.,<br><br>         Third Party Defendant | |

The parties through their attorneys' of record hereby stipulate as follow:

1. The parties have executed settlement agreements fully resolving the issues before this Court.

2. The Settlement Agreement between Plaintiff and Defendants F&B, INC., MANCHESTER ENTERPRISES, INC, CHARLENA MANCHESTER, and CHARLES MANCHESTER, calls for a structured settlement with payments over time.

3. The parities request that the Court Dismiss with Prejudice the Plaintiffs entire action and the third party complaint.  However, the parties request that the Court exercise continuing jurisdiction until February 1, 2013 to enforce the terms of the executed settlement agreements if breached.

IT IS SO STIPULATED.

Dated:  March 1, 2012               By:   /s/ TOMAS MARGAIN           .
                                          Tomas Margain
                                          Attorney for Plaintiff

Dated:  March 1, 2012               By:      /s/ JEFFREY K. RAHBECK
                                          Jeffrey K. Rahbeck
                                          Attorney for Defendants &
                                          Third Party Plaintiffs

Dated:  March 1, 2012               By:      /s/ JOHN D. MOORE
                                          John D. Moore
                                          Attorney for Third Party Defendant

2          Case No.  C08-CV-00275 MCE-DAD

**STIPULATION TO DISMISS WITH PREJUDICE**
Pulera v. F&B, Inc., et al.

ORDER

GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS HEREBY ORDERED that this Case be Dismissed with Prejudice.  This dismissal is as to Plaintiff's First Amended Complaint and the Third Party Complaint.  All future dates on the docket are vacated. The Clerk of Court is directed to close the file.  The Court, will, however, exercise continuing jurisdiction to enforce the parties' executed settlement agreements, if breached, until February 1, 2013 only.

IT IS SO ORDERED.

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS WITH PREJUDICE
Pulera v. F&B, Inc., et al.

3         Case No.  C08-CV-00275 MCE-DAD